# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARINO DeSILVA,   )
         Petitioner,   )   2:14-cv-01195-JCM-GWF
vs.   )   **ORDER**
BRIAN WILLIAMS, SR., *et al.*,   )
         Respondents.   )

This is a habeas corpus proceeding under 28 U.S.C. § 2254 brought by Marino DeSilva. On January 20, 2015, respondents filed a motion to dismiss certain claims in DeSilva's petition. ECF No. 10. With DeSilva not having filed a response to the motion, this court issued a minute order on May 28, 2015, *sua sponte* granting DeSilva an extension of time to June 17, 2015, to file a response. ECF No. 13. Also, suspecting that DeSilva is no longer incarcerated, the court also gave him until the same date to indicate that the address on record with the court remains valid as required by Local Rule LSR 2-2.. *Id*.

On June 11, 2015, the minute order, which had been mailed to the address on record for DeSilva, was returned to the court as undeliverable. ECF No. 14. In addition, the time allotted for DeSilva to respond to the minute order has passed.

**IT IS THEREFORE ORDERED** that this action dismissed in accordance with Local Rule LSR 2-2.  The clerk shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that respondents's motion to dismiss (ECF No. 10) is denied as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

Dated June 19, 2015.

_____
UNITED STATES DISTRICT JUDGE